No. 1918.  EL PUEBLO, APELADO, *v.* SANTOS, APELANTE.— Corte de Distrito de San Juan, Distrito Segundo.  Acometimiento y agresión grave.  Resuelto en junio 6, 1922.  No se ha presentado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2771.  BETANCOURT, APELADO, *v.* ANDRADE, AUDITOR, ETC., APELANTE.—Corte de Distrito de San Juan, Segundo Distrito.  *Mandamus.*  Resuelto en junio 8, 1922.  Examinada la moción del apelado sobre desestimación de apelación y la certificación que se acompaña, se resuelve de conformidad y se desestima la apelación.

No. 2779.  FERNÁNDEZ, APELADO, *v.* MOLL, APELANTE.— Corte de Distrito de Guayama.  *Mandamus.*  Resuelto en junio 9, 1922.  Vista la moción del apelante sobre desistimiento de apelación, se resuelve de conformidad y se tiene por desistido.

No. 1947.  EL PUEBLO, APELADO, *v.* GROENVELDT, APELANTE. Corte de Distrito de San Juan, Distrito Segundo.  Acometimiento y agresión grave.  Resuelto en junio 9, 1922.  Teniendo en consideración los alegatos orales y escritos de las partes y por no haberse traído ante nosotros la prueba practicada en el juicio, no podemos decidir si la corte sentenciadora hizo mal uso de su discreción al imponer la pena. Confirmada la sentencia.

No. 1940.  EL PUEBLO, APELADO, *v.* GONZÁLEZ, APELANTE.— Corte de Distrito de Aguadilla.  Infracción a la sección 61 de la ley de arbitrios.  Resuelto en junio 9, 1922.  No existe pliego de excepciones ni relación de hechos ni tampoco se ha presentado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.